IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELIZABETH SLADE,

    Plaintiff,                      No. CIV S-05-1483 MCE KJM PS

    vs.

GRANT JOINT UNION HIGH
SCHOOL DISTRICT, et al.,

    Defendants.                <u>ORDER</u>

                                  /

        The undersigned hereby recuses herself from this action under 28 U.S.C. § 455 (a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings that may be appropriate or required. All dates set in the above-entitled action before the undersigned are hereby vacated.

DATED: August 24, 2005.

                                                                  UNITED STATES MAGISTRATE JUDGE

006 slade.rec