UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ELIZABETH SINGLETON SLADE,

        Plaintiff,        CIV. S-05-1483 MCE PAN PS

    v.

GRANT JOINT UNION HIGH SCHOOL        ORDER
DISTRICT, JACQUES WHITFIELD,
HELLEN VERELLA, and DENNIS
HENNING,

        Defendants.

-o0o-

    Pursuant to this court's order filed September 30, 2005, plaintiff has filed an amended application to proceed in forma pauperis. She has not, however, filed an accounting of her monthly expenses and seeks additional time within which to provide further information. Plaintiff's accompanying letter and $435 airline receipt raise additional questions by her statements she "had a training class at Fort Hood military base for family

support for the Katrina victims and new wife class at the military base." Plaintiff's application demonstrates neither military affiliation (income) nor marriage (income and sharing of expenses).

Therefore, plaintiff shall have until November 30, 2005, to supplement her amended application to proceed in forma pauperis with an itemization of her monthly expenses, an explanation of her military affiliation and marital status, and any other information she deems relevant in this court's assessment.

So ordered.

Dated: November 9, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge