UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ELIZABETH SINGLETON SLADE,

        Plaintiff,      CIV. S-05-1483 MCE PAN PS

    v.

GRANT JOINT UNION HIGH SCHOOL      ORDER
DISTRICT, JACQUES WHITFIELD,
HELLEN VERELLA, and DENNIS HENNING,

        Defendants.

-o0o-

On November 10, 2005, this court directed plaintiff to supplement her amended application to proceed in forma pauperis with an itemization of her monthly expenses and an explanation of her military affiliation and marital status. Plaintiff has not responded and the November 30, 2005, deadline has passed.

Accordingly, plaintiff not having presented a proper application to proceed in forma pauperis nor paid the required

fee, the Clerk of Court is directed to close this file.

       So ordered.

       Dated:  December 12, 2005.

                                       /s/ Peter A. Nowinski
                                       PETER A. NOWINSKI
                                       Magistrate Judge