IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SINGLETON SLADE, | 2:05-cv-1483-MCE-PAN-PS |
| Plaintiff, | |
| v. | ORDER |
| GRANT JOINT UNION HIGH SCHOOL DISTRICT, et al., | |
| Defendants. | |
| _____/ | |

    This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On January 18, 2006, Judge Nowinski recommended that Plaintiff's Application to Proceed in Forma Pauperis be denied.  On January 26, 2006, Plaintiff filed Objections to the Findings and Recommendation.

    The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations filed January 18, 2006, are adopted in full; and

    2.  Plaintiff's Application to Proceed in Forma Pauperis is denied.  Plaintiff shall pay the filing fee within twenty (20) days from service of this Order or the Clerk of Court is directed to close this file.

DATED: March 30, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE