UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SINGLETON SLADE, | |
| Plaintiff, | CIV S-05-1483 MCE PAN PS |
| v. | |
| GRANT JOINT UNION HIGH SCHOOL DISTRICT, JACQUES WHITFIELD, HELLEN VERELLA, and DENNIS HENNING, | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

—o0o—

By order filed March 31, 2006, the District Judge denied plaintiff's application to proceed in forma pauperis and directed plaintiff to pay the filing fee within twenty days or this action would be dismissed. The twenty day period has expired and plaintiff has neither paid the filing fee nor otherwise responded to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, plaintiff may file written

1  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
2  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
3  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
4  F.2d 1153 (9th Cir. 1991).
5  DATED: May 4, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

10  006:slad1483.ord