IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SINGLETON SLADE, | 2:05-cv-1483-MCE-PAN(JFM)-PS |
| Plaintiff, | |
| v. | ORDER |
| GRANT JOINT UNION HIGH SCHOOL DISTRICT, LEGAL SERVICE JACQUES STERLING WHITFIELD, SANDRA LAWSON, HELLEN VERELLA, DENNIS HENNING, and GRANT JOINT UNION HIGH SCHOOL FREEDOM INSTITUTE, | |
| Defendants. | |
| _____/ | |

This matter was referred to the assigned Magistrate Judge pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302. On May 5, 2006, Judge Moulds recommended that Plaintiff's action be dismissed without prejudice. No Objections to the Findings and Recommendation have been filed.

The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

   1.  The Findings and Recommendations filed May 5, 2006, are adopted in full; and

   2.  This action is dismissed without prejudice.

DATED: May 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE